JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONTEK YOUNG,<br>    Plaintiff,<br><br>        v.<br><br>DAVID OZCAN, et al.,<br>    Defendants. | EDCV 25-2040 DSF (PD)<br><br>Order DISMISSING Action for Failing to Pay Filing Fee |

    All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted IFP. 28 U.S.C. § 1915(b).

    On August 22, 2025, the Court denied Plaintiff's IFP Request and directed him to pay the full filing fee and separately file a notice indicating it had been paid. (Dkt. 4). The Court warned that if he did not comply within 30 days, the case would be dismissed without prejudice. (Id.)

    To date, Plaintiff has not paid the filing fee or otherwise responded to the Court's Order.

///

///

///

Accordingly, this action is **DISMISSED** without prejudice. See <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30 (1962); <u>Allen v. United States Dist. Ct. Dist. of Nevada</u>, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed qualify for IFP or pay filing fee).

IT IS SO ORDERED.

Date: October 20, 2025

Dale S. Fischer
United States District Judge