**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PIONTEK YOUNG,

Plaintiff,

v.

DAVID OZCAN, et al.,

Defendants.

Case No. 5:25-cv-02040-DSF-PD

**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for reconsideration of the Order denying leave to proceed without prepayment of filing fee or granting an extension of time to pay the full filing fee ("Reconsideration Motion") filed by Plaintiff Piontek Young, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Plaintiff's Reconsideration Motion is Denied and the case is closed.

DATED: September 28, 2026

Dale S. Fischer

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE